UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

WELLS FARGO BANK, N.A., as Trustee,

        Interpleader Plaintiff,

        -against-

TRUST PREFERRED SOLUTIONS, LLC,
HILDENE CAPITAL MANAGEMENT, LLC,
CITIBANK INTERNATIONAL PLC, CITIGROUP
GLOBAL MARKETS, INC., ZIONS FIRST NATIONAL
BANK, VERTICAL CDO 2004-1, LTD., VERTICAL
CDO 2003-1, LTD, BANC OF AMERICA
SECURITIES LLC, ING CAPITAL LLC, AURELIUS
CAPITAL MANAGEMENT GMBH, HSH NORDBANK
AG LUXEMBOURG BRANCH, SHENANDOAH LIFE
INSURANCE COMPANY, THE HUNTINGTON
NATIONAL BANK ASSURED GUARANTY CORP.,
SCP CAPITAL I, LTD., SCP MASTER FUND II, LTD.,
J.P. MORGAN CLEARING CORP., CRYSTAL FUND,
LTD., CRYSTAL FUND II LTD., WOODMEN OF THE
WORLD LIFE INSURANCE, CEDE & CO., as holder of
certain Secured Notes and nominee of the Depository
Trust Company, and DOES 1 through 100, owners of
beneficial interests in the Notes and/or Preferred Shares,

        Interpleader Defendants.

------------------------------------------------------------x

09 Civ. 9135 (DC)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/19/10

## NOTICE OF WITHDRAWAL

Please enter the withdrawal of my appearance as attorney for J.P. Morgan Clearing Corporation in the above-captioned proceeding as J.P. Morgan Clearing Corporation is no longer an interpleader defendant in the above-captioned proceeding.

**APPLICATION GRANTED.
SO ORDERED**

*Denny Chin, U.S.D.J.*

3/19/10

Dated: White Plains, New York
January 27, 2010

                        MEISELMAN, DENLEA, PACKMAN,
                        CARTON & EBERZ P.C.

                        By:   /s/Jeffrey I. Carton
                            Jeffrey I. Carton
                            1311 Mamaroneck Avenue
                            White Plains, New York 10605
                            (914) 517-5000
                            jcarton@mdpcelaw.com