UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WELLS FARGO BANK, N.A., as Trustee, TROPIC CDO I LTD., TROPIC CDO I CORP., TROPIC CDO II LTD., TROPIC CDO II CORP., TROPIC CDO III LTD., TROPIC CDO III CORP., TROPIC CDO IV LTD., TROPIC CDO IV CORP., SOLOSO CDO 2005-1 LTD., SOLOSO CDO 2005-1 CORP., SOLOSO CDO 2007-1 LTD., and SOLOSO CDO 2007-1 CORP., <br><br>                              Interpleader Plaintiffs, <br><br>            -against- <br><br> TRUST PREFERRED SOLUTIONS, LLC; HILDENE OPPORTUNITIES MASTER FUND, LTD., CITIBANK, N.A., CITIGROUP GLOBAL MARKETS, INC., ZIONS FIRST NATIONAL BANK, VERTICAL CDO 2004-1, LTD., VERTICAL CDO 2003-1 LTD., BANC OF AMERICA SECURITIES LLC, ING CAPITAL LLC, AUGUSTUS FUNDING LTD., LIMEHOUSE CDO 2008-1 LTD., PENNWOOD CDO 2008-1 LTD., HSH NORDBANK AG LUXEMBOURG BRANCH, SHENANDOAH LIFE INSURANCE COMPANY, THE HUNTINGTON NATIONAL BANK, AG FINANCIAL PRODUCTS INC., SCP CAPITAL I, LTD., SCP MASTER FUND II, LTD., CRYSTAL FUND, LTD., CRYSTAL FUND II, LTD., WOODMEN OF THE WORLD LIFE INSURANCE, AG CNG FUND, L.P., AG SUPER FUND, L.P., AGA SUPER FUND INTERNATIONAL PARTNERS, L.P., ALVIN SHERMAN 1993 REV.LIVING TRUST, GAM ARBITRAGE INVESTMENTS, INC., JAYNE SHERMAN, WATERFALL EDEN MASTER FUND, LTD., WMS WASHINGTON FUND LLC, and CEDE & CO., as holder of certain Secured Notes and nominee name of the Depository Trust Company, and DOES 1 through 100, owners of beneficial interests in the Notes and/or Preferred Shares, <br><br>                              Interpleader Defendants. | Case No. 1:09-cv-9135 (DC) <br><br> **NOTICE OF TRUST PREFERRED SOLUTIONS, LLC'S MOTION FOR JUDGMENT ON THE PLEADINGS AND TO DISMISS CERTAIN CROSS- AND COUNTER-CLAIMS** |

Please take notice that Interpleader Defendant Trust Preferred Solutions, LLC ("TPS") will move this Court before the Honorable Denny Chin, United States District Judge, on a date and time to be designated by this Court, at the United States District Court for the Southern District of New York, 500 Pearl St., New York, NY 10007, for an Order granting Interpleader Defendant TPS's Motion for Judgment on the Pleadings and to Dismiss Certain Cross- and Counter-Claims. In support of its motion, TPS will rely upon the accompanying memorandum of law and the accompanying declaration of Jacob W. Buchdahl and other written or oral argument as may be requested or permitted by the Court.

DATED:    New York, New York
          April 13, 2010

                                          SUSMAN GODFREY L.L.P.

                                          By: /s/ Jacob W. Buchdahl
                                              Jacob W. Buchdahl
                                              Arun S. Subramanian
                                              Seth D. Ard
                                              654 Madison Avenue
                                              New York, New York  10065
                                              (212) 336-8330

                                              *Attorneys for Interpleader-Defendant*
                                               *Trust Preferred Solutions, LLC*