UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



WELLS FARGO BANK, N.A., as Trustee, TROPIC CDO I LTD., TROPIC CDO I CORP., TROPIC CDO II LTD., TROPIC CDO II CORP., TROPIC CDO III LTD., TROPIC CDO III CORP., TROPIC CDO IV LTD., TROPIC CDO IV CORP., SOLOSO CDO 2005-1 LTD., SOLOSO CDO 2005-1 CORP., SOLOSO CDO 2007-1 LTD., and SOLOSO CDO 2007-1 CORP.,

                    Interpleader Plaintiffs,

- against -

TRUST PREFERRED SOLUTIONS, LLC, HILDENE OPPORTUNITIES MASTER FUND, LTD, CITIBANK INTERNATIONAL PLC, CITIGROUP GLOBAL MARKETS, INC., ZIONS FIRST NATIONAL BANK, VERTICAL CDO 2004-1, LTD., VERTICAL CDO 2003-1, LTD., BANC OF AMERICA SECURITIES LLC, ING CAPITAL LLC, AURELIUS CAPITAL MANAGEMENT GMBH, HSH NORDBANK AG LUXEMBOURG BRANCH, SHENANDOAH LIFE INSURANCE COMPANY, THE HUNTINGTON NATIONAL BANK, ASSURED GUARANTY CORP., SCP CAPITAL I, LTD., SCP MASTER FUND II, LTD., CRYSTAL FUND, LTD., CRYSTAL FUND II, LTD., WOODMEN OF THE WORLD LIFE INSURANCE, AG CNG FUND, L.P., AG SUPER FUND, L.P., AG SUPER FUND INTERNATIONAL PARTNERS, L.P., ALVIN SHERMAN 1993 REV. LIVING TRUST, GAM ARBITRAGE INVESTMENTS, INC., JAYNE SHERMAN, WATERFALL ASSET MANAGEMENT LLC, WMS WASHINGTON FUND LLC, and CEDE & CO., as holder of certain Secured Notes and nominee name of the Depository Trust Company, and DOES 1 through 100, owners of beneficial interests in the Notes and/or Preferred Shares,

        Interpleader Defendants

09 Civ. 9135 (DC)

**ECF Case**

x------------------------------------------------------------------x
HILDENE OPPORTUNITIES MASTER FUND, LTD,

                Crossclaimant,

    -against-

TRUST PREFERRED SOLUTIONS, LLC,

                Crossclaim Defendant,

HILDENE OPPORTUNITIES MASTER FUND, LTD,

                                                        **NOTICE OF**
    -against-                                                      **DISMISSAL**

WELLS FARGO BANK, N.A., as Trustee, TROPIC
CDO II LTD., TROPIC CDO II CORP, SOLOSO
CDO 2005-1 LTD., SOLOSO CDO 2005-1 CORP.,
SOLOSO CDO 2007-1 LTD., and SOLOSO CDO
2007-1 CORP.,
                Counterclaim Defendants
    -and-

STONECASTLE ADVISORS, LLC,

                Additional Counterclaim
                Defendant.

x------------------------------------------------------------------x

**NOTICE OF VOLUNTARY DISMISSAL OF HILDENE'S ADDITIONAL
COUNTERCLAIM ASSERTED AGAINST STONECASTLE ADVISORS, LLC**

**PLEASE TAKE NOTICE** that HILDENE OPPORTUNITIES MASTER

FUND, LTD. pursuant to Rule 41(a)(1) and (c) of the Federal Rules of Civil

Procedure hereby dismisses, without prejudice, its "Additional Counterclaim"

asserted against STONECASTLE ADVISORS, LLC in the above-captioned case.

DATED: April 21, 2010

        BAKER & HOSTETLER LLP

        By: __/s/ Ryan P. Farley_____

        Ryan P. Farley
        45 Rockefeller Plaza
        New York, New York 10111
        (212) 589-4607

        *Attorneys for Interpleader-*
        *Defendant Hildene Opporunities*
        *Master Fund, Ltd.*

*The Notice of Dismissal of Hildene's Additional Counterclaim against Stonecastle Advisors is noted and will be docketed.*

**SO ORDERED**

8/30/10

_____
THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE