UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WELLS FARGO BANK, N.A., as Trustee, TROPIC CDO I LTD., TROPIC CDO I CORP., TROPIC CDO II LTD., TROPIC CDO II CORP,.TROPIC CDO III LTD., TROPIC CDO III CORP., TROPIC CDO IV LTD., TROPIC CDO IV CORP., SOLOSO CDO 2005-1 LTD., SOLOSO CDO 2005-1 CORP., SOLOSO CDO 2007-1 LTD., and SOLOSO CDO 2007-1 CORP.,<br><br>                    Interpleader Plaintiffs,<br><br>    - against -<br><br>TRUST PREFERRED SOLUTIONS, LLC, HILDENE OPPORTUNITIES MASTER FUND, LTD., CITIBANK, N.A., CITIGROUP GLOBAL MARKETS, INC., ZIONS FIRST NATIONAL BANK, VERTICAL CDO 2004-1, LTD., VERTICAL CDO 2003-1, LTD., BANC OF AMERICA SECURITIES LLC, ING CAPITAL LLC, AUGUSTUS FUNDING LTD., LIMEHOUSE CDO 2008-1 LTD., PENNWOOD CDO 2008-1 LTD., HSH NORDBANK AG LUXEMBOURG BRANCH, SHENANDOAH LIFE INSURANCE COMPANY, THE HUNTINGTON NATIONAL BANK, AG FINANCIAL PRODUCTS INC., SCP CAPITAL I, LTD., SCP MASTER FUND II, LTD., CRYSTAL FUND, LTD., CRYSTAL FUND II, LTD., WOODMEN OF THE WORLD LIFE INSURANCE, AG CNG FUND, L.P., AG SUPER FUND, L.P., AG SUPER FUND INTERNATIONAL PARTNERS, L.P., ALVIN SHERMAN 1993 REV. LIVING TRUST, GAM ARBITRAGE INVESTMENTS, INC., JAYNE SHERMAN, WATERFALL EDEN MASTER FUND, LTD., WMS WASHINGTON FUND LLC, and CEDE & CO., as holder of certain Secured Notes and nominee name of the Depository Trust Company, and DOES 1 through 100, owners of beneficial interests in the Notes and/or Preferred Shares,<br>                    Interpleader Defendants. | No. 1:09-cv-9135 (BSJ)<br><br>ECF Case<br><br><br>**NOTICE OF CHANGE OF ADDRESS** |

NOTICE OF CHANGE OF ADDRESS

■    I have cases pending                    □    I have no cases pending

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change for Mauricio S. Beugelmans:

■    Attorney

I am a United States District Court, Southern District of New York attorney.  My SDNY Bar Number is: <u>MB1181</u>.  My State Bar Number is <u>4700621</u>.

■    Law Firm/Government Agency Association

From: Cole-Frieman & Beugelmans LLP
To: Hand Baldachin & Amburgey LLP

I will continue to be counsel of record on the above-entitled case at my new firm.

Address:        Hand Baldachin & Amburgey LLP
                8 West 40th Street
                12th Floor
                New York, NY  10018

Telephone No.:    (212) 295–2722

Fax No.:          (212) 376–6080

Email Address:    mbeugelmans@hballp.com


Dated: October 19, 2010              <u>/s/ Mauricio S. Beugelmans</u>
                                     Mauricio S. Beugelmans (MB1181)