UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WELLS FARGO BANK, N.A., as Trustee, TROPIC CDO I LTD., TROPIC CDO I CORP., TROPIC CDO II LTD., TROPIC CDO II CORP., TROPIC CDO III LTD., TROPIC CDO III CORP., TROPIC CDO IV LTD., TROPIC CDO IV CORP., SOLOSO CDO 2005-1 LTD., SOLOSO CDO 2005-1 CORP., SOLOSO CDO 2007-1 LTD., and SOLOSO CDO 2007-1 CORP.,

     Interpleader Plaintiffs,

-against-

TRUST PREFERRED SOLUTIONS, LLC; HILDENE OPPORTUNITIES MASTER FUND, LTD., CITIBANK, N.A., CITIGROUP GLOBAL MARKETS, INC., ZIONS FIRST NATIONAL BANK, VERTICAL CDO 2004-1, LTD., VERTICAL CDO 2003-1 LTD., BANC OF AMERICA SECURITIES LLC, ING CAPITAL LLC, AUGUSTUS FUNDING LTD., LIMEHOUSE CDO 2008-1 LTD., PENNWOOD CDO 2008-1 LTD., HSH NORDBANK AG LUXEMBOURG BRANCH, SHENANDOAH LIFE INSURANCE COMPANY, THE HUNTINGTON NATIONAL BANK, AG FINANCIAL PRODUCTS INC., SCP CAPITAL I, LTD., SCP MASTER FUND II, LTD., CRYSTAL FUND, LTD., CRYSTAL FUND II, LTD., WOODMEN OF THE WORLD LIFE INSURANCE, AG CNG FUND, L.P., AG SUPER FUND, L.P., AGA SUPER FUND INTERNATIONAL PARTNERS, L.P., ALVIN SHERMAN 1993 REV.LIVING TRUST, GAM ARBITRAGE INVESTMENTS, INC., JAYNE SHERMAN, WATERFALL EDEN MASTER FUND, LTD., WMS WASHINGTON FUND LLC, and CEDE & CO., as holder of certain Secured Notes and nominee name of the Depository Trust Company, and DOES 1 through 100, owners of beneficial interests in the Notes and/or Preferred Shares,

     Interpleader Defendants.

Case No. 1:09-cv-9135 (DC)

**NOTICE OF CHANGE OF ADDRESS**

PLEASE TAKE NOTICE that, effective immediately, the mailing address for Interpleader Defendants Trust Preferred Solutions, LLC's counsel at Susman Godfrey L.L.P. has changed. All pleadings, notices, correspondence and other documents should be addressed as follows:

> Jacob W. Buchdahl, Esq.
> William Christopher Carmody, Esq.
> Arun S. Subramanian, Esq.
> Seth D. Ard, Esq.
> SUSMAN GODFREY L.L.P.
> 560 Lexington Avenue, 15th Floor
> New York, New York 10022

All other contact information for the attorneys identified above, including email addresses, and phone and facsimile numbers, remains unchanged.

Dated: New York, New York
December 17, 2010

Respectfully submitted,

__/s/ Jacob W. Buchdahl__
Jacob W. Buchdahl
William Christopher Carmody
Arun S. Subramanian
Seth D. Ard
SUSMAN GODFREY L.L.P.
560 Lexington Avenue, 15th Floor
New York, New York 10022
(212) 336-8330 – Telephone
(212) 336-8340 – Facsimile