UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
IN RE WELLS FARGO, et. al.          :
                                    :
                Plaintiff,          :
                                    :    09-cv-9135(BSJ)
        v.                          :
                                    :    Order
TRUST PREFERRED SOLUTIONS, et. al.  :
                                    :
                Defendant.          :
------------------------------------------x

BARBARA S. JONES
UNITED STATES DISTRICT JUDGE

    The Court is in receipt of a letter from Interpleader Defendant Trust Preferred Solutions, LLC.  Any party wishing to respond as to whether the Court should deny the pending motions and dismiss the action as moot is directed to submit their position to the Court in writing on or before January 3, 2011.

SO ORDERED:

                                    _____
                                    BARBARA S. JONES
                                    UNITED STATES DISTRICT JUDGE

Dated:   New York, New York
         December 22, 2010